UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LORENZO HULL                                                  PETITIONER

V.                                          CIVIL ACTION NO. 3:24-CV-425-DPJ-RPM

BURL CAIN                                                  RESPONDENT

ORDER

        Lorenzo Hull filed this petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging his 2013 murder conviction and 2015 resentencing in Warren County Circuit Court. Pet. [1]; see Am. Pet. [5]. Respondent Burl Cain filed a motion to dismiss [10], asserting that Hull's petition is time barred by the Antiterrorism and Effective Death Penalty Act's one-year limitation period. Hull did not respond in opposition.

        On June 11, 2015, United States Magistrate Judge Robert P. Myers, Jr. entered a Report and Recommendation [11]. Judge Myers carefully considered Cain's motion to dismiss and recommended granting the motion and dismissing the petition with prejudice as time barred. R&R [11] at 5. Hull did not file an objection, and the time to do so has passed. *See id.* at 5–6 (informing Hull that he had 14 days to file an objection).

        "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Finding no clear error, the Court accepts the well-reasoned recommendation of the Magistrate Judge.

IT IS ORDERED that the Report and Recommendation [11] of United States Magistrate Judge Robert P. Myers, Jr. is adopted as the finding and holding of this Court. Respondent's motion to dismiss [10] is granted; the petition is dismissed with prejudice.

A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 30th day of June, 2025.

                                            s/ *Daniel P. Jordan III*
                                            UNITED STATES DISTRICT JUDGE